[No. 18776–7–I.   Division One.   April 25, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MICHAEL DARREN TRONSDAL, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 86–1–00326–2, Arthur E. Piehler, J., entered July 2, 1986. *Affirmed* by unpublished opinion per Pekelis, J., concurred in by Swanson and Williams, JJ.

[No. 10135–1–II.   Division Two.   April 26, 1988.]

PATRICIA THOMPSON, *as Personal Representative,* ET AL, *Appellants,* v. GALE DEVLIN, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Pierce County, No. 84–2–06047–1, Thomas R. Sauriol, J., entered June 27, 1986. *Affirmed in part* and *reversed in part* by unpublished opinion per Reed, C.J., concurred in by Petrich and Alexander, JJ. Now published at 51 Wn. App. 462.

[No. 8279–2–III.   Division Three.   April 26, 1988.]

MARY KAY MCDANIEL, *Appellant,* v. THE DEPARTMENT OF SOCIAL AND HEALTH SERVICES, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 86–2–01482–3, John A. Schultheis, J., entered December 1, 1986. *Affirmed in part* and *remanded* by unpublished opinion per Green, J., concurred in by McInturff, C.J., and Munson, J. Now published at 51 Wn. App. 893.